**Lanae Oviedo, SBN# 333049**
**Law Office of Lanae Oviedo**
**1435 L Street**
**Fresno, California 93721**
**Telephone (559) 710-2500**
**loviedolaw@outlook.com**

Attorney for Defendant CHRISTOPHER HOWARD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHRISTOPHER HOWARD,<br>Defendant. | Case No. 1:21-cr-00143-DAD-BAM<br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING**<br>Date: August 4, 2026<br>Time: 2:00 p.m.<br>Judge: Frank J. Singer |

IT IS HEREBY STIPULATED by the defendant, Christopher Howard, by and through his counsel, Lanae Oviedo, and the United States of America, by and through its counsel, Assistant United States Attorney, Brendan Daly, that the Status Conference hearing currently set for August 4, 2026, be continued to September 30, 2026.

Counsel for Mr. Howard has requested the continuance in order to further investigate the alleged violations and collect mitigating evidence in support of Mr. Howard.

IT IS SO STIPULATED.

Dated: July 29, 2026

*/s/ Lanae Oviedo*

**Lanae Oviedo**
Attorney for Defendant

Dated: July 29, 2026

*/s/ Brendan Daly*

**Brendan Daly**
Assistant United States Attorney

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Status Conference hearing currently set for August 4, 2026, is hereby continued to September 30, 2026**, at 2:00 p.m. before Magistrate Judge Erin Guy Castillo** or the substitute magistrate judge covering the criminal duty calendar on that date.

IT IS SO ORDERED.

Dated: **July 31, 2026**

UNITED STATES MAGISTRATE JUDGE