**Lanae Oviedo, SBN# 333049**
**Law Office of Lanae Oviedo**
**1435 L Street**
**Fresno, California 93721**
**Telephone (559) 710-2500**
**loviedolaw@outlook.com**

Attorney for Defendant CHRISTOPHER HOWARD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHRISTOPHER HOWARD,<br>Defendant. | Case No. 1:21-cr-00143-DAD-BAM<br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING**<br>Date: September 30, 2026<br>Time: 2:00 p.m.<br>Judge: Frank J. Singer |

IT IS HEREBY STIPULATED by the defendant, Christopher Howard, by and through his counsel, Lanae Oviedo, and the United States of America, by and through its counsel, Assistant United States Attorney, Brendan Daly, that the Status Conference hearing currently set for September 30, 2026, be continued to December 3, 2026.

Counsel for Mr. Howard has requested the continuance in order to complete investigation of the alleged violations and collect additional mitigating evidence in support of Mr. Howard.

IT IS SO STIPULATED.

Dated: September 25, 2026 *\/s/ Lanae Oviedo*

**Lanae Oviedo**
Attorney for Defendant

Dated: September 25, 2026

*/s/ Brendan Daly*

**Brendan Daly**
Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Status Conference hearing currently set for September 30, 2026, is hereby continued to **December 3, 2026**, **at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated: September 25, 2026

United States Magistrate Judge